IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:14cr12-MW/GRJ

ROMON MANDEL THOMAS,

    Defendant.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 53, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 54.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 50, is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on September 23, 2015.**

                                                s/Mark E. Walker               
                                                **United States District Judge**