IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 1:14cr12-MW/GRJ

**ROMAN MANDEL THOMAS,**

    **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 77, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 78. Accordingly

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 73, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on October 16, 2017.**

                                          **s/ MARK E. WALKER**
                                          **United States District Judge**